JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL RICKS, JR., <br><br> Petitioner, <br><br> v. <br><br> W.L. MONTGOMERY, Warden, <br><br> Respondent. | Case No. CV 16-5751 DOC (SS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 28, 2016

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE